# 25-1451

## UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

UNITED STATES SECURITIES & EXCHANGE COMMISSION,

Plaintiff-Appellee,

v.

RIVETZ CORP., RIVETZ INTERNATIONAL SEZC, STEVEN K. SPRAGUE

Defendants-Appellants.

On Appeal from the U.S. District Court
for the District of Massachusetts (Mastroianni, J.)

### JOINT MOTION TO HOLD APPEAL IN ABEYANCE

Plaintiff-Appellee the U.S. Securities and Exchange Commission ("Commission") and Defendants-Appellants Rivetz Corp., Rivetz International SEZC, and Steven K. Sprague (collectively, "Rivetz" and together with the Commission, the "Parties") jointly move to hold this appeal in abeyance in light of settlement negotiations that may resolve the underlying case and the appeal.

1. On May 14, 2025, Rivetz filed a notice of appeal from the district court's final judgment. ECF 05/14/2025.

2. On June 27, 2025, the Parties attended a Civil Appeals Management Plan (CAMP) Pre-Argument Settlement Conference.

3. On July 1, 2025, this Court issued a briefing schedule making Rivetz's opening brief due by August 11, 2025. ECF 07/01/2025.

4. There exists good cause for the Parties' joint request that these appellate proceedings be stayed. The Parties are in settlement negotiations that may resolve the underlying case and the Rivetz's appeal. It makes sense for this Court to save the "economy of time and effort for itself, for counsel, and for litigants" by holding the appellate proceedings in abeyance. *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). Moreover, no party would suffer prejudice as a result of the stay and all Parties to the appeal consent to the stay. The Commission will provide a status update within 60 days from the date of the Court's stay order.

5. Accordingly, the Parties respectfully request that this Court stay the appeal with a direction that the Commission file a status report within 60 days.

Date: July 9, 2025                                  Respectfully submitted,

<u>/s/ David D. Lisitza</u>
David D. Lisitza

100 F Street, N.E.
Washington, D.C. 20549
202-551-5015
lisitzad@sec.gov

*Counsel for U.S. Securities and Exchange Commission*

<u>/s/ Kevin J. Kilduff</u>
Kevin J. Kilduff

Law Offices of Kevin Kilduff, PC
62 Derby Street, Suite 13
Hingham, MA 01254
413-330-9100
Kkilduff@kilduff.law

*Counsel for Rivetz Corp., Rivetz International SEZC, and Steven K. Sprague*

## CERTIFICATIONS

I hereby certify that:

1. This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 245 words.

2. This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6), as required by Federal Rule of Appellate Procedure 27(d)(1)(E), because it has been prepared in a proportionally spaced typeface using Microsoft Office Word in 14-Point Times New Roman.

3. I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Respectfully submitted,

*/s/ David D. Lisitza*
David D. Lisitza
U.S. Securities and Exchange Commission
202-551-5015
lisitzad@sec.gov

Date: July 9, 2025