25-1451

# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

UNITED STATES SECURITIES & EXCHANGE COMMISSION,

Plaintiff-Appellee,

v.

RIVETZ CORP., RIVETZ INTERNATIONAL SEZC, STEVEN K. SPRAGUE

Defendants-Appellants.

On Appeal from the U.S. District Court
for the District of Massachusetts (Mastroianni, J.)

## CORPORATE DISCLOSURE STATEMENT FOR

**STEVEN K. SPRAGUE**

Pursuant to Federal Rule of Appellate Procedure 26.1 and First Circuit Local Rule 26.1, Appellant, Steven K. Sprague, makes the following disclosure:

1. **Is the party a nongovernmental corporate party?**
   [ ] Yes
   [x] No

2. **If yes**, identify all parent corporations, and any publicly held corporation that owns 10% or more of its stock:
   N/A

3. **If no**, state:
   Steven K. Sprague is not a corporation and has no parent corporation or publicly held stockholders.

Respectfully submitted,

Dated: 7/23/2025

Kevin J. Kilduff, Esq.
Kilduff Law
62 Derby Street, Unit #13
Hingham, MA 02043
781-385-7810 (tel)
kkilduff@kilduff.law