# 25-1451

**UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff-Appellee,

v.

RIVETZ CORP., RIVETZ INTERNATIONAL SEZC, STEVEN K. SPRAGUE

Defendants-Appellants.

On Appeal from the U.S. District Court
for the District of Massachusetts, No. 21-cv-30092 (Mastroianni, J.)

## STATUS REPORT

Plaintiff-Appellee the Securities and Exchange Commission ("Commission") provides this status report to update the Court on the progress of its discussions with Defendants-Appellants Rivetz Corp., Rivetz International SEZC, and Steven K. Sprague (collectively, "Rivetz" and together with the Commission, the "Parties") aimed at resolving this appeal.

1. On May 14, 2025, Rivetz filed a notice of appeal from the district court's final judgment. ECF 05/14/2025.

2. On July 25, 2025, the Court granted the Parties' joint motion to stay briefing because the Parties were engaged in settlement discussions. ECF 07/09/2025 (motion); ECF 07/25/2025 (order). The Court directed the Commission to file a status report by September 23, 2025, and at 60-day intervals

thereafter, advising of the outcome of the settlement discussions.

    3.    The Parties have reached an agreement-in principle, subject to Commission approval, to resolve the underlying case and Rivetz's appeal.

    4.    This resolution will take additional time to obtain Commission approval for the agreement-in-principle, and if approved by the Commission, to seek an indicative ruling from the district court.

    5.    Pursuant to the Court's July 25, 2025 order, the Commission will provide another status report within 60 days, by November 21, 2025.

Date:  September 22, 2025

Respectfully submitted,

Tracey A. Hardin
Solicitor

*/s/ David D. Lisitza*
David D. Lisitza
Senior Appellate Counsel

Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
202-551-5015 (Lisitza)
lisitzad@sec.gov

## CERTIFICATIONS

I hereby certify that:

1. This status report complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 200 words.

2. This status report complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6), as required by Federal Rule of Appellate Procedure 27(d)(1)(E), because it has been prepared in a proportionally spaced typeface using Microsoft Office Word in 14-Point Times New Roman.

3. I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Respectfully submitted,

*/s/ David D. Lisitza*
David D. Lisitza
Securities and Exchange Commission
202-551-5015 (Lisitza)
lisitzad@sec.gov

Date: September 22, 2025