# 25-1451

**UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff-Appellee,

v.

RIVETZ CORP., RIVETZ INTERNATIONAL SEZC, STEVEN K. SPRAGUE

Defendants-Appellants.

On Appeal from the U.S. District Court
for the District of Massachusetts, No. 21-cv-30092 (Mastroianni, J.)

**STATUS REPORT**

Plaintiff-Appellee the Securities and Exchange Commission ("Commission") respectfully submits this status report pursuant to the Court's July 25, 2025 Order, which directs the Commission to file reports in 60-day intervals regarding the status of settlement discussions with Defendants-Appellants Rivetz Corp., Rivetz International SEZC, and Steven K. Sprague (collectively, "Rivetz" and together with the Commission, the "Parties"). *See* ECF 07/25/2025 (order).

1. As previously reported, the Parties have reached an agreement-in-principle, subject to Commission approval, to resolve the underlying case and Rivetz's appeal. *See* ECF 09/22/2025 (status report).

2. However, due to the 45-day lapse in appropriations for the Commission that began on September 30, 2025, and continued until November 13,

2025, Commission staff were unable to take the necessary steps to seek Commission approval for the agreement-in-principle.  For the duration of the lapse in appropriations, undersigned counsel was prohibited from working, even on a voluntary basis, except in very limited circumstances.  31 U.S.C. § 1342.

       3.      Now that appropriations have been restored, the process of seeking Commission approval of the agreement-in-principle has resumed.  Additional time is required to complete that process and, if Commission approval is obtained, to seek an indicative ruling from the district court.

       4.      Pursuant to the Court's July 25, 2025 order, the Commission will provide another status report within 60 days, by January 19, 2026.

Date:  November 21, 2025

Respectfully submitted,

Tracey A. Hardin
Solicitor

*/s/ David D. Lisitza*
David D. Lisitza
Senior Appellate Counsel

Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
202-551-5015 (Lisitza)
lisitzad@sec.gov

# CERTIFICATIONS

I hereby certify that:

1. This status report complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 220 words.

2. This status report complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6), as required by Federal Rule of Appellate Procedure 27(d)(1)(E), because it has been prepared in a proportionally spaced typeface using Microsoft Office Word in 14-Point Times New Roman.

3. I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Respectfully submitted,

*/s/ David D. Lisitza*
David D. Lisitza
Securities and Exchange Commission
202-551-5015 (Lisitza)
lisitzad@sec.gov

Date: November 21, 2025